## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

_____

**WOLF TRAIL MEDICAL PARTNERS,**

     **Plaintiff,**

**v.**                                                                    **No.:   10-2880-STA-cgc**

**ACUITY, A MUTUAL INSURANCE**
**COMPANY,**

     **Defendant.**

_____

### NOTICE OF SETTLEMENT
_____

Come now Plaintiff Wolf Trail Medical Partners and Defendant Acuity, a Mutual Insurance Company, pursuant to this Court's Order of July 24, 2012 (Dkt. No. 46), and jointly announce to this Honorable Court that they have resolved all outstanding disputes involved in this litigation. The Parties are finalizing their formal settlement agreement and, once the necessary documents have been executed, the Parties will approach the Court for entry of an Order of Dismissal.

The Parties respectfully request that this Honorable Court advise them if the Court requires additional information or documentation at this time.

Respectfully submitted.

GLANKLER BROWN, PLLC                    FARRIS BOBANGO BRANAN, PLC

By:  s/Michael D. Tauer                      By:  s/Richard D. Bennett
    John I. Houseal, Jr. (#8449)                Richard D. Bennett (#13156)
    Michael D. Tauer (#025092)                 Patrick G. Walker (#26931)
6000 Poplar Avenue, Suite 400               999 S. Shady Grove Road, Suite 500
Memphis, Tennessee 38119                    Memphis, Tennessee 38120
Telephone: (901) 525-1322                   Telephone: (901) 259-7100

## Certificate of Service

I hereby certify that a copy of the foregoing was filed electronically on August 17, 2012. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

           s/Michael D. Tauer

4824-7123-2784, v. 1