IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

**WOLF TRAIL MEDICAL PARTNERS,**

      Plaintiff,

v.                                                       No.:    10-2880-STA-cgc

**ACUITY, A MUTUAL INSURANCE COMPANY,**

      Defendant.

---

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

---

Come now Plaintiff Wolf Trail Medical Partners and Defendant Acuity, a Mutual Insurance Company, and hereby jointly stipulate that, all outstanding disputes having been resolved, this matter should be dismissed with prejudice. Remaining court costs are assessed against Defendant Acuity.

| GLANKLER BROWN, PLLC | FARRIS BOBANGO BRANAN, PLC |
|---|---|
| By: s/Michael D. Tauer | By: s/Richard D. Bennett |
|     John I. Houseal, Jr. (#8449) |     Richard D. Bennett (#13156) |
|     Michael D. Tauer (#025092) |     Patrick G. Walker (#26931) |
| 6000 Poplar Avenue, Suite 400 | 999 S. Shady Grove Road, Suite 500 |
| Memphis, Tennessee 38119 | Memphis, Tennessee 38120 |
| Telephone: (901) 525-1322 | Telephone: (901) 259-7100 |

### Certificate of Service

I hereby certify that a copy of the foregoing was filed electronically on October 5, 2012 Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                                                                       s/Michael D. Tauer