UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

---

WOLF TRAIL MEDICAL PARTNERS,

   Plaintiff,

VS

ACUITY, A MUTUAL INSURANCE COMPANY,

   Defendant.

JUDGMENT IN A CIVIL CASE

CASE NO: 10-2880-STA

---

DECISION BY COURT.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS SO ORDERED AND ADJUDGED that in accordance with the Joint Stipulation of Dismissal With Prejudice, entered on October 5, 2012, this cause is dismissed with prejudice.

APPROVED:

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

October 11, 2012                                    Thomas M. Gould
Date                                                          Clerk of Court

                                                    s/Terry Haley
                                             (By)  Deputy Clerk